[No. 6065–5–II. Division Two. May 30, 1984.]

ROY E. SMITH, ET AL, *Appellants,* v. KENNETH
D. HARRISON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 27245, Gerald B. Chamberlin, J., entered December 3, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[No. 6551–7–II. Division Two. May 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
ERIC PIERRE, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 81–1–00182–7, Gerry L. Alexander, J., entered May 26, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.

[No. 6596–7–II. Division Two. May 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DIEGO
M. VILLANUEVA, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 82–1–00075–5, John H. Kirkwood, J., entered September 10, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.

[No. 6599–1–II. Division Two. May 30, 1984.]

*In the Matter of the Marriage of* JANICE M. BELL,
*Appellant, and* LEROY BELL, JR.,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 302361, Donald H. Thompson, J., entered August 27, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.